UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. TINSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, Warden, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1647 TLN AC P<br><br><br>ORDER |

A settlement conference was held in this case on January 8, 2020, under the court's Post-Screening Alternative Dispute Resolution Project, but the case did not settle. Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action ordered September 23, 2019, is lifted; and

2. Defendants shall, within twenty-one (21) days after the filing date of this order, file and serve their answer to plaintiff's complaint.

DATED: January 9, 2020

　　　　　　　　　　　　　　　　　*/s/ Allison Claire*
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE