UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. TINSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1647 TLN AC P<br><br><br>ORDER |

　　　By order filed October 13, 2021, the assigned district judge granted defendants' motion to partially dismiss the complaint and this action now proceeds on plaintiff's claims premised on RVRs 10 and beyond. ECF No. 45.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendants shall file an answer to the remaining allegations in the complaint.

DATED: October 18, 2021

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1