UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. TINSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT FOX, et al.,<br><br>    Defendants. | No. 2:16-cv-1647 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 2, 2022, defendants filed a motion to compel plaintiff's responses to written discovery.  ECF No. 54.  The time for responding has now passed and plaintiff has not responded.  Plaintiff will be given one final opportunity to respond.

Defendants have also filed a motion to modify the scheduling order in which they request that the May 28, 2022 dispositive motions deadline be vacated and reset upon resolution of the pending discovery dispute.  ECF No. 55.  Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall have an additional twenty-one days from the filing of this order to respond to defendants' motion to compel.  Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.  See L.R. 230(l).

1

2. Defendants' motion to modify the scheduling order (ECF No. 55) is GRANTED.

3. The May 28, 2022 dispositive motions deadline is VACATED and will be re-set upon resolution of the pending discovery dispute.

DATED: April 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE