UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. TINSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-1647 TLN AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court is defendants' motion to compel plaintiff's responses to written discovery.  ECF No. 54.

　　　　On March 2, 2022, defendants filed a motion to compel plaintiff's responses to interrogatories, requests for the production, and requests for admissions, on the ground that plaintiff completely failed to respond.  ECF No. 54.  After plaintiff failed to respond to the motion, he was given a second opportunity to respond and cautioned that failure to respond would be deemed a waiver of any opposition to granting the motion and could result in sanctions.  ECF No. 56.  The time for responding has now passed and plaintiff has once again failed to respond.

　　　　The undersigned has reviewed the discovery requests at issue, see ECF No. 54-2, and finds them to be appropriate.  Plaintiff has neither objected in writing to any of the requests nor provided any explanation for his failure to comply with his discovery obligations.  In light of

1

plaintiff's continued failure to respond, the motion to compel his responses to written discovery will be granted and plaintiff will be required to respond to defendants' interrogatories and request for production without objection. The requests for admissions are deemed admitted. See Fed. R. Civ. P. 36(a)(3) (a matter is deemed admitted where the party on whom the request is served fails to respond within the time provided).

Having initiated this lawsuit, plaintiff is obliged to participate in the litigation process according to the Federal Rules of Civil Procedure, including by providing timely responses to discovery requests. Plaintiff is warned that failure to comply with this order compelling responses will result in sanctions that may range from exclusion of evidence all the way up to dismissal of the case, depending upon the degree of non-compliance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel plaintiff's responses to written discovery (ECF No. 54) is GRANTED.

2. Defendants' requests for admissions are deemed admitted. See Fed. R. Civ. P. 36(a)(3).

3. Within twenty-one days of the service of this order, plaintiff must fully respond to defendants' interrogatories and requests for production without objection.

4. Within forty-five days of the service of this order, defendants may file a motion for sanctions if plaintiff fails to comply with this order.

DATED: May 17, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE